# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MELVYN KLEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>BIOCRYST PHARMACEUTICALS, INC., GEORGE B. ABERCROMBIE, STANLEY C. ERCK, JON P. STONEHOUSE, NANCY J. HUTSON, SANJ K. PATEL, ROBERT A. INGRAM, FRED E. COHEN, KENNETH B. LEE, JR., IDERA PHARMACEUTICALS, INC., NAUTILUS HOLDCO, INC., ISLAND MERGER SUB, INC., and BOAT MERGER SUB, INC.,<br><br>                      Defendants. | Case No.: 18-cv-00358<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Melvyn Klein ("Plaintiff") files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41. Defendants have not filed an Answer or moved for summary judgment. No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: July 20, 2018

**O'KELLY ERNST & JOYCE, LLC**
*/s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
Daniel P. Murray (#5785)
901 N. Market St., Suite 1000
Wilmington, DE 19801
Tel.: (302) 778-4000
Email: rernst@oelegal.com
dmurray@oelegal.com

-and-

*GAINEY McKENNA & EGLESTON*
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: 212-983-1300
Facsimile: 212-983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff Melvyn Klein*

2